Form G-14

UNITED STATES BANKRUPTCY COURT NORTHERN
DISTRICT OF ILLINOIS
Eastern Division

# CHANGE OF MAILING ADDRESS FOR DEBTOR(S)

Name of Debtor(s) listed on the bankruptcy case:     CASE NO.: __20-08150__

Lisa Birnie                                          Chapter: __13__

1. This change of mailing address is requested by:   [✔] Debtor     [ ] Joint Debtor

2. **Old Address:**

   Name(s): Lisa Birnie

   Mailing Address: 208 30 NW 17th Ave Unit 122

   City, State, Zip Code: Miami Gardens, FL 33056

3. **New Address:**

   Mailing Address: 11150 Cameron Court Apt 106

   City, State, Zip Code: Davie, Flordia 33324

4. [ ] Check here if you are a Debtor or a Joint Debtor and you receive court orders and notices by email through the Debtor Electronic Notice program (DeBN) rather than by U.S. mail to your mailing address. Please provide your DeBN account number below (DeBN account numbers can be located in the subject line of all emailed court orders and notices).

Debtor's DeBN account number: _____

Joint Debtor's DeBN account number: _____

Date: __10/23/2024__        David H Cutler
                            Requestor's printed name(s)

                            /s/David H Cutler
                            Requestor's signature(s)

                            Attorney at Law
                            Title (if applicable, of corporate officer, partner or agent)

_____
**This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Northern District of Illinois. August 2015**

8/2015bgb